UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| Ex rel. ) | |
| ) | |
| [UNDER SEAL], ) | Case No. CIV-15-114-PRW |
| ) | |
| Plaintiff-Relator, ) | |
| ) | |
| v. ) | |
| ) | FILED UNDER SEAL |
| [UNDER SEAL], ) | |
| ) | |
| Defendant. ) | |

**STATE OF WASHINGTON
NOTICE OF INTERVENTION**



FILED
JAN 08 2020
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, and the States of CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, WASHINGTON, WISCONSIN, the DISTRICT OF COLUMBIA, and the CITY OF CHICAGO, Plaintiffs, *Ex rel.*, JAMIE SIEGEL, M.D., Plaintiff-Relator, v. NOVO NORDISK, INC., Defendant. | Case No. CIV-15-114-PRW<br><br>Filed Under Seal pursuant to the False Claims Act, 31 U.S.C. § 3730 (b)(2), and other similar state and local statutory provisions<br><br>**STATE OF WASHINGTON NOTICE OF INTERVENTION** |

Pursuant to the Washington Medicaid False Claims Act, RCW 74.66 *et seq.*, the Fraudulent Practices Act, RCW 74.09.210, and the Washington anti-kickback statute RCW 74.09.240, the State of Washington (hereinafter Washington) respectfully notifies the Court of its intention to intervene and convert this action, as against defendant Novo Nordisk, Inc. (Novo) and its affiliates with respect to certain NovoSeven® claims in Relator's Amended Complaint, to a civil

2

enforcement action by the Attorney General. The State of Washington is intervening and converting, pursuant to RCW 74.66.060(1), with respect to Relator's claims that Novo orchestrated a kickback and off-label marketing scheme to promote NovoSeven® that resulted in the submission of false and fraudulent claims to the Washington Medicaid program.

Pursuant RCW 74.66.100(3), Washington intends to file its own complaint or amend Relator's Amended Complaint within 60 days and to serve it promptly thereafter.

The State of Washington requests that this Notice, the attached proposed Court Order, and Relator's Amended Complaint Dkt. 73, remain under seal until Washington files its complaint-in-intervention or a Second Amended Complaint. The State of Washington requests that all other papers on file in this action remain under seal because such papers, which discuss the content and extent of the Government's investigation, are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

Finally, on January 8, 2020, Pro Hac Vice requests for the undersigned counsel were filed with the Court and are pending.

A proposed order accompanies this Notice.

Respectfully submitted,<br>
ROBERT W. FERGUSON<br>
Attorney General<br>
<br>
Dated: January 8, 2020<br>
<br>
/s/ Matthew T. Kuehn<br>
MATTHEW T. KUEHN, WSBA #30419<br>
Assistant Attorney General<br>
CARRIE L. BASHAW, WSBA #20253<br>
Senior Counsel<br>
Medicaid Fraud Control Division

PO Box 40114
Olympia, WA 98502
Telephone: 360-586-8888
Facsimile: 360-586-8877
Matthew.Kuehn@atg.wa.gov
Carrie.Bashaw@atg.wa.gov

Counsel for Plaintiff State of Washington

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Notice of Intervention will be served via email on Relator's counsel, and via first class mail upon the following persons as soon as possible after a file-stamped copy is received from the Clerk's Office.

s/ Matthew T. Kuehn
Matthew T. Kuehn

## VIA FIRST CLASS MAIL

| | |
|---|---|
| **United States** | Jennifer Cihon<br>Senior Trial Counsel<br>Commercial Litigation Branch<br>U.S. Department of Justice<br>Washington, DC 20530<br><br>Assistant U.S. Attorney Ron Gallegos<br>United States Attorney's Office (W.D. of Okla.)<br>210 West Park Avenue, Suite 400<br>Oklahoma City, OK 73102 |
| **California** | Attorney General Xavier Becerra<br>Office of the Attorney General<br>1300 "I" Street, Suite 1740<br>Sacramento, CA 95814<br><br>Ricardo Lara, Insurance Commissioner<br>California Department of Insurance<br>Government Law Bureau<br>300 Capitol Mall, Suite 1700<br>Sacramento, CA 95814 |
| **Colorado** | Attorney General Phil Weiser<br>Office of the Attorney General<br>Ralph L. Carr Judicial Center<br>1300 Broadway, 10th Floor<br>Denver, CO 80203 |
| **Connecticut** | Attorney General William Tong<br>Office of the Attorney General<br>55 Elm Street<br>Hartford, CT 06106-1774 |

| Delaware | Attorney General Kathy Jennings<br>Office of the Attorney General<br>Carvel State Office Building<br>820 North French Street<br>Wilmington, DE 19801 |
|---|---|
| **District of Columbia** | Attorney General Karl Racine<br>Office of the Attorney General<br>441 4th Street, NW<br>Suite 1100S<br>Washington, DC 20001 |
| **Georgia** | Attorney General Chris Carr<br>Office of the Attorney General<br>State of Georgia<br>40 Capitol Square, SW<br>Atlanta, GA 30334-1300 |
| **Florida** | Attorney General Ashley Moody<br>Office of the Attorney General<br>The Capitol PL-01<br>Tallahassee, FL 32399<br><br>Jimmy Patronis, CFO<br>Division of Legal Services<br>Florida Department of Financial Services<br>200 East Gaines Street<br>Tallahassee, FL 32399 |
| **Hawaii** | Attorney General Clare Connors<br>Department of the Attorney General<br>425 Queen Street<br>Honolulu, HI 96813 |
| **Iowa** | Attorney General Tom Miller<br>Office of the Attorney General<br>Hoover State Office Bldg.<br>1305 East Walnut Street<br>Des Moines, IA 50319 |
| **Illinois** | Attorney General Kwame Raoul<br>Office of the Attorney General<br>100 West Randolph Street<br>Chicago, IL 60601<br><br>Ed Siskel, Corporation Counsel |

|   | |
|---|---|
|   | City of Chicago, Law Department<br>121 North LaSalle Street, Room 600<br>Chicago, IL 60602<br><br>Anna M. Valencia, City Clerk<br>City of Chicago<br>121 North LaSalle Street, Room 107<br>Chicago, IL 60602 |
| **Louisiana** | Attorney General Jeff Landry<br>Office of the Attorney General<br>1885 N. Third Street<br>Baton Rouge, LA 70804 |
| **Maryland** | Attorney General Brian E. Frosh<br>Office of the Attorney General<br>200 St. Paul Place<br>Baltimore, MD 21202-2202 |
| **Massachusetts** | Attorney General Maura Healey<br>Office of the Attorney General<br>1 Ashburton Place<br>Boston, MA 02108 |
| **Michigan** | Attorney General Dana Nessel<br>Office of the Attorney General<br>525 W. Ottawa Street<br>P.O. Box 30212<br>Lansing, MI 48909 |
| **Minnesota** | Attorney General Keith Ellison<br>Office of the Attorney General<br>445 Minnesota Street, Suite 1400<br>St. Paul, MN 55101 |
| **Montana** | Attorney General Tim Fox<br>Office of the Attorney General<br>215 N. Sanders Street<br>Helena, MT 59601 |
| **Nevada** | Attorney General Aaron Ford<br>Office of the Attorney General<br>100 North Carson Street<br>Carson City, NV 89701 |
| **New Hampshire** | Attorney General Gordon MacDonald<br>Department of Justice |

|  | Office of the Attorney General<br>33 Capitol Street<br>Concord, NH 03301 |
|---|---|
| **New Jersey** | Attorney General Gurbir Grewal<br>Office of the Attorney General<br>RJ Hughes Justice Complex<br>25 Market Street, P.O. Box 080<br>Trenton, NJ 08625-0080 |
| **New Mexico** | Attorney General Hector H. Balderas<br>408 Galisteo Street, Villagra Building<br>P.O. Box 1508<br>Santa Fe, NM 87504-1508<br><br>Dr. David Scrase<br>Office of the Secretary<br>Human Services Department<br>P.O. Box 2348<br>Santa Fe, NM 87504-2348 |
| **New York** | Attorney General Letitia James<br>Office of the Attorney General<br>The Capitol<br>Albany, NY 12224-0341 |
| **North Carolina** | Attorney General Josh Stein<br>Office of the Attorney General<br>9001 Mail Service Center<br>Raleigh, NC 27699-9001 |
| **Oklahoma** | Attorney General Mike Hunter<br>Office of the Attorney General<br>Attn: Medicaid Fraud Control Unit<br>313 NE 21st Street<br>Oklahoma City, OK 73105 |
| **Rhode Island** | Attorney General Peter Neronha<br>Office of the Attorney General<br>150 South Main Street<br>Providence, RI 02903 |
| **Tennessee** | Attorney General Herbert H. Slattery, III<br>Office of the Attorney General & Reporter<br>P.O. Box 20207<br>Nashville, TN 37202 |

| Texas | Attorney General Ken Paxton<br>Office of the Attorney General<br>P.O. Box 12548<br>Austin, TX 78711 |
|---|---|
| Vermont | Attorney General T.J. Donovan<br>Office of the Attorney General<br>109 State Street<br>Montpelier, VT 05609 |
| Virginia | Attorney General Mark Herring<br>Office of the Attorney General<br>900 East Main Street<br>Richmond, VA 23219 |
| Wisconsin | Attorney General Josh Kaul<br>Wisconsin Department of Justice<br>P.O. Box 7857<br>Madison, WI 53707 |