The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>      Plaintiffs,<br>        *Ex rel.*<br><br>JAMIE SIEGEL, M.D.,<br><br>      Plaintiff-Relator,<br><br>      v.<br><br>NOVO NORDISK, INC.,<br><br>      Defendant. | Case No.: 3:23-cv-05459-BHS<br><br>ORDER GRANTING RELATOR'S UNOPPOSED MOTION FOR COURT ORDER TO OBTAIN PATIENT INFORMATION FROM NORIDIAN HEALTHCARE SOLUTIONS, LLC<br><br>NOTE ON MOTION CALENDAR:<br>September 17, 2024 |

      THIS MATTER having come before the Court on Relator's Unopposed Motion for Court Order to Obtain Patient Information From Noridian Healthcare Solutions, LLC, and the Court having considered the pleadings and records on file herein, including the following:

      1.    Relator's Unopposed Motion for Court Order to Obtain Patient Information From Noridian Healthcare Solutions, LLC; and

      2.    Declaration of Traci L. Buschner,

and the Court having heard all other arguments from the parties and their counsel, it is hereby ORDERED, ADJUDGED, and DECREED as follows:

ORDER GRANTING RELATOR'S UNOPPOSED MOTION FOR COURT ORDER TO OBTAIN PATIENT INFORMATION FROM NORIDIAN HEALTHCARE SOLUTIONS, LLC – 1 – Case No. 3:23-cv-05459-BHS

**MCDERMOTT ASAN, PLLC**
Logan Building, 500 Union Street, Suite 909
Seattle, Washington 98101
Telephone: 206-949-3252

1. Relator's Unopposed Motion for Court Order to Obtain Patient Information From Noridian Healthcare Solutions, LLC, specifically seeking the names of patients included in claims data already produced as NHS_00000215, is hereby GRANTED. Noridian shall release the requested patient names in accordance with the Privacy Act, 5 U.S.C. § 552a(b)(11), and the Amended Protective Order (Dkt. 313).

DONE this 18th day of September, 2024.

_____
The Honorable Benjamin H. Settle
United States District Court Judge

Presented By

**MCDERMOTT ASAN, PLLC**

By  s/ Douglas C. McDermott
Douglas C. McDermott, WSBA #31500
doug@mcdermottasan.com
Logan Building
500 Union Street, Suite 909
Seattle, Washington 98101
Telephone: 206-949-3252

*Attorney for Plaintiff-Relator*

ORDER GRANTING RELATOR'S UNOPPOSED MOTION FOR COURT ORDER TO OBTAIN PATIENT INFORMATION FROM NORIDIAN HEALTHCARE SOLUTIONS, LLC  – 2 – Case No. 3:23-cv-05459-BHS

**MCDERMOTT ASAN, PLLC**
Logan Building, 500 Union Street, Suite 909
Seattle, Washington 98101
Telephone: 206-949-3252

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury under the laws of the State of Washington that on September 17, 2024, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

s/ Douglas C. McDermott
Douglas C. McDermott, WSBA #31500
**MCDERMOTT ASAN, PLLC**
doug@mcdermottasan.com
Logan Building
500 Union Street, Suite 909
Seattle, Washington 98101
Telephone: 206-949-3252

*Attorney for Plaintiff-Relator*

ORDER GRANTING RELATOR'S UNOPPOSED MOTION FOR COURT ORDER TO OBTAIN PATIENT INFORMATION FROM NORIDIAN HEALTHCARE SOLUTIONS, LLC  – 3 – Case No. 3:23-cv-05459-BHS

**MCDERMOTT ASAN, PLLC**
Logan Building, 500 Union Street, Suite 909
Seattle, Washington 98101
Telephone: 206-949-3252