UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., ex rel.,<br><br>Plaintiff,<br><br>v.<br><br>NOVO NORDISK, INC.,<br><br>Defendant. | CASE NO. CV23-5459 BHS<br><br>ORDER |

THIS MATTER is before the Court on plaintiff intervenor Washington State's motions for a 21-day extension of time to complete discovery, specifically to respond to defendant NNI's outstanding discovery requests. Dkts. 345 and 349. NNI opposes the requests, arguing and perhaps demonstrating that Washington has unreasonably delayed its discovery responses throughout the case. Dkt. 354.

The motions are **GRANTED**. Washington shall fully respond to the outstanding discovery requests no later than October 21, 2024. NNI is **GRANTED** a similar, reciprocal 21-day extension to its Rule 26(a)(2) expert disclosures deadline. *See* Dkt. 354

ORDER - 1

at 5. The February 25, 2025, trial date and remaining associated pre-trial deadlines are, for now, unchanged.

NNI's request for a case management conference, Dkt. 354 at 2, is **DENIED** without prejudice. The parties shall file a short Joint Status Report by October 28, 2024, addressing any remaining discovery disputes or other potential impediments to the trial. If necessary, the Court will hold a hearing after that JSR.

The Court will shortly address the Washington's motion to compel, Dkt. 328, and NNI's motion to compel, Dkt. 339, in a separate Order.

IT IS SO ORDERED.

Dated this 15th day of October, 2024.

BENJAMIN H. SETTLE
United States District Judge