The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> *Ex rel.* <br><br> JAMIE SIEGEL, M.D., <br><br> Plaintiff-Relator, <br><br> v. <br><br> NOVO NORDISK, INC., <br><br> Defendant. | Case No.: 3:23-cv-05459-BHS <br><br> DECLARATION OF DOUGLAS C. MCDERMOTT IN SUPPORT OF PLAINTIFFS' RESPONSE SEEKING TO STRIKE NNI'S SUPPLEMENTAL MEMORANDUM ON JURY INSTRUCTIONS |

I, Douglas C. McDermott, am competent to testify to the matters set forth herein and hereby declare as follows:

    1.    I am a partner at the law firm McDermott Asan, PLLC and one of the attorneys representing Plaintiff-Relator Jamie Siegel, M.D., in the above-captioned lawsuit.

    2.    A true and correct copy of page 25 from the transcript of the August 26, 2025 Status Conference held in this matter is attached hereto as Exhibit 1.

DECLARATION OF DOUGLAS C. MCDERMOTT IN SUPPORT OF PLAINTIFFS' RESPONSE SEEKING TO STRIKE NNI'S SUPPLEMENTAL MEMO - 1
Case No. 3:23-cv-05459-BHS

MCDERMOTT ASAN, PLLC
Logan Building, 500 Union Street, Suite 909
Seattle, Washington 98101
Telephone: 206-949-3252

1  I declare under penalty of perjury under the laws of the State of Washington that the
2  foregoing is true and correct.

3

4                                                                    s/ Douglas C. McDermott
                                                                     ──────────────────────────
5                                                                    Douglas C. McDermott

6  Executed this 6th day of October, 2025, at Spokane, Washington.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF DOUGLAS C. MCDERMOTT IN SUPPORT OF PLAINTIFFS' RESPONSE SEEKING TO STRIKE NNI'S SUPPLEMENTAL MEMO - 2
Case No. 3:23-cv-05459-BHS

**MCDERMOTT ASAN, PLLC**
Logan Building, 500 Union Street, Suite 909
Seattle, Washington 98101
Telephone: 206-949-3252

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury under the laws of the State of Washington that on October 6, 2025, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

s/ Douglas C. McDermott
Douglas C. McDermott, WSBA #31500
doug@mcdermottasan.com
MCDERMOTT ASAN, PLLC
Logan Building
500 Union Street, Suite 909
Seattle, Washington 98101
Telephone: 206-949-3252

*Attorneys for Plaintiff-Relator*

DECLARATION OF DOUGLAS C. MCDERMOTT IN SUPPORT OF PLAINTIFFS' RESPONSE SEEKING TO STRIKE NNI'S SUPPLEMENTAL MEMO - 3
Case No. 3:23-cv-05459-BHS

MCDERMOTT ASAN, PLLC
Logan Building, 500 Union Street, Suite 909
Seattle, Washington 98101
Telephone: 206-949-3252