# JURY QUESTIONNAIRE

Juror Name _____

You may use the back of this page to complete this questionnaire, if necessary.

1. If you or someone close to you take(s) a long-term prescription medication to manage a chronic health condition, have you formed any strong positive or strong negative opinions about long term prescription drug medication usage? If yes, please explain, including who it was prescribed to and what it was prescribed for.

2. Have you or someone close to you received Medicare or Medicaid benefits? If yes, please explain any strong positive or strong negative opinions you have about either of these government programs?

3. Have you or someone close to you had a positive or negative experience with a medication made by Novo Nordisk? If yes, what was that experience?

4. Do you have any strong positive or strong negative opinions in general about pharmaceutical sales representatives or pharmaceutical companies, including Novo Nordisk? If yes, please explain.

5. Do you have any opinion on whether State governments do enough to control fraud, waste, and excessive spending? If yes, please describe.