# EXHIBIT 3

# Michael Ferrara Objection/Response Chart

*U.S. ex rel. Siegel v. Novo Nordisk Inc.*
No. 3:23-cv-05459 (W.D. Wash.)
DESIGNATIONS AND OBJECTIONS FOR MICHAEL FERRARA DEPOSITION ON JUNE 18, 2024

**Michael Ferrara (June 18, 2024 Deposition)**

| Designation Type | Start Page | Start Line | End Page | End Line | Objection | Objection Response | Grant/Deny | Reason |
|---|---|---|---|---|---|---|---|---|
| Plaintiff Affirmative | 8 | 23 | 8 | 24 | Missing Answer | Added Joint Designation 8:25 | O | |
| Joint Counter | 8 | 25 | 8 | 25 | | | | |
| NNI Counter | 9 | 4 | 9 | 11 | | | | |
| NNI Counter | 10 | 1 | 10 | 7 | | | | |
| Plaintiff Affirmative | 10 | 10 | 14 | 25 | Incomplete Answer (through 15:1) | Added Joint Designation 15:1 | O | |
| Joint Counter | 15 | 1 | 15 | 1 | | | | |
| NNI Counter | 15 | 1 | 15 | 6 | 15:2-15:6 Lack of Foundation; 402, 602; 802 | Witness made clear he is testifying about his personal knowledge; whether NNI' patient support program was an outlier is relevant to intent/motive. No hearsay statement in designated testimony. | O | |
| Plaintiff Affirmative | 15 | 7 | 15 | 10 | | | | |
| NNI Counter | 15 | 17 | 15 | 24 | | | | |
| Plaintiff Affirmative | 15 | 25 | 16 | 9 | | | | |

*U.S. ex rel. Siegel v. Novo Nordisk Inc.*
No. 3:23-cv-05459 (W.D. Wash.)
DESIGNATIONS AND OBJECTIONS FOR MICHAEL FERRARA DEPOSITION ON JUNE 18, 2024

| Designation Type | Start Page | Start Line | End Page | End Line | Objection | Objection Response | Grant/Deny | Reason |
|---|---|---|---|---|---|---|---|---|
| NNI Counter | 16 | 10 | 16 | 13 | Lack of Foundation; 402; 602; 802 | Witness made clear he is testifying about his personal knowledge working with hemophilia patient population; whether NNI' patient support program was an outlier is relevant to intent/motive for the program. No hearsay statement in designated testimony. | O | |
| NNI Counter | 16 | 15 | 17 | 3 | Lack of Foundation; 402; 602; 802 | Witness made clear he is testifying about his personal knowledge working with hemophilia patient population; whether NNI' patient support program was an outlier is relevant to intent/motive for the program. No hearsay statement in designated testimony. | O | |
| Plaintiff Affirmative | 17 | 6 | 17 | 25 | | | | |
| NNI Counter | 18 | 15 | 18 | 21 | 402 | Relevant to witness background and knowledge of interactions with key opinion leaders. The role of key opinion leaders is at issue in present case. | O | |
| Plaintiff Affirmative | 19 | 2 | 20 | 10 | | | | |

*U.S. ex rel. Siegel v. Novo Nordisk Inc.*
No. 3:23-cv-05459 (W.D. Wash.)
DESIGNATIONS AND OBJECTIONS FOR MICHAEL FERRARA DEPOSITION ON JUNE 18, 2024

| Designation Type | Start Page | Start Line | End Page | End Line | Objection | Objection Response | Grant/Deny | Reason |
|---|---|---|---|---|---|---|---|---|
| Plaintiff Affirmative | 22 | 16 | 23 | 11 | 22:16-23: MIL | Describes witness' duties related to NovoSeven marketing and promotion | O | |
| Plaintiff Affirmative | 23 | 13 | 24 | 2 | | | | |
| Plaintiff Affirmative | 24 | 9 | 24 | 15 | | | | |
| NNI Counter | 24 | 16 | 25 | 9 | Lack of Foundation; 602; 802 | Witness testifying based on his personal experience working on products for patients with hemophilia with inhibitors. He worked in marketing for a product for patients with hemophilia with inhibitors and is familiar with the patient population/disease.  No hearsay statement contained in designated testimony. | O | |
| NNI Counter | 25 | 11 | 25 | 17 | Lack of Foundation; 602; 802 | Witness testifying based on his personal experience working on products for patients with hemophilia with inhibitors. He worked in marketing for a product for patients with hemophilia with inhibitors and is familiar with the patient population/disease.  No hearsay statement contained in designated testimony. | O | |

*U.S. ex rel. Siegel v. Novo Nordisk Inc.*
No. 3:23-cv-05459 (W.D. Wash.)
DESIGNATIONS AND OBJECTIONS FOR MICHAEL FERRARA DEPOSITION ON JUNE 18, 2024

| Designation Type | Start Page | Start Line | End Page | End Line | Objection | Objection Response | Grant/Deny | Reason |
|---|---|---|---|---|---|---|---|---|
| Plaintiff Affirmative | 27 | 6 | 27 | 9 | F/602 | Within scope of witness' duties; 801(d)(2) | O | |
| NNI Counter | 27 | 10 | 27 | 12 | | | | |
| NNI Counter | 27 | 14 | 27 | 17 | | | | |
| Plaintiff Counter | 27 | 21 | 27 | 28 | | | | |
| Plaintiff Affirmative | 28 | 1 | 28 | 5 | Incomplete Question/Answer | Designated 27:21-28 | O | |
| Plaintiff Affirmative | 29 | 1 | 29 | 10 | | | | |
| NNI Counter | 29 | 11 | 29 | 13 | Lack of Foundation; 602 | Witness marketed NovoSeven and had knowledge of competitor products including FEIBA. He testified he knew FEIBA obtained a prophylaxis indication. | O | |
| Plaintiff Affirmative | 29 | 14 | 31 | 17 | 30:2-8: F/602 30:22-31:17: F/602; 701 | 30:2-8: within scope of duties; 801(d)(2) 30:22-31:17: within scope of duties; 801(d)(2) | O | |
| NNI Counter | 32 | 17 | 32 | 25 | Lack of Foundation; 602; 802 | Witness is describing the role of marketing vs. the role of physicians – it is within the witnesses' s knowledge to know where his role stops and the physician role starts. | O | |

*U.S. ex rel. Siegel v. Novo Nordisk Inc.*
No. 3:23-cv-05459 (W.D. Wash.)
DESIGNATIONS AND OBJECTIONS FOR MICHAEL FERRARA DEPOSITION ON JUNE 18, 2024

| Designation Type | Start Page | Start Line | End Page | End Line | Objection | Objection Response | Grant/Deny | Reason |
|---|---|---|---|---|---|---|---|---|
| NNI Counter | 33 | 2 | 33 | 10 | Lack of Foundation; 602; 802 | Witness is describing the role of marketing vs. the role of physicians – it is within the witnesses' s knowledge to know where his role stops and the physician role starts. | O | |
| Plaintiff Affirmative | 34 | 24 | 35 | 19 | | | | |
| Plaintiff Affirmative | 36 | 9 | 36 | 19 | | | | |
| NNI Counter | 36 | 20 | 37 | 6 | | | | |
| Plaintiff Affirmative | 37 | 7 | 37 | 10 | | | | |
| Plaintiff Affirmative | 37 | 12 | 37 | 15 | | | | |
| Plaintiff Affirmative | 37 | 18 | 37 | 23 | | | | |
| Plaintiff Affirmative | 38 | 11 | 38 | 17 | | | | |
| Plaintiff Affirmative | 39 | 10 | 39 | 11 | 701 | Non-opinion testimony based on personal knowledge; 801(d)(2) | S | |
| Plaintiff Affirmative | 39 | 13 | 39 | 21 | 701 | Non-opinion testimony based on personal knowledge; 801(d)(2) | S | |

*U.S. ex rel. Siegel v. Novo Nordisk Inc.*
No. 3:23-cv-05459 (W.D. Wash.)
DESIGNATIONS AND OBJECTIONS FOR MICHAEL FERRARA DEPOSITION ON JUNE 18, 2024

| Designation Type | Start Page | Start Line | End Page | End Line | Objection | Objection Response | Grant/Deny | Reason |
|---|---|---|---|---|---|---|---|---|
| Plaintiff Affirmative | 39 | 23 | 40 | 2 | 701 | Non-opinion testimony based on personal knowledge; 801(d)(2) | S | |
| Plaintiff Affirmative | 40 | 4 | 40 | 4 | 701 | Non-opinion testimony based on personal knowledge; 801(d)(2) | S | |
| NNI Counter | 40 | 5 | 40 | 8 | Lack of Foundation; 602; 802 | Witness has foundation to explain whether or not he encouraged a particular marketing message.   No hearsay statement contained in designation. | O | |
| NNI Counter | 40 | 10 | 40 | 10 | Lack of Foundation; 602; 802 | Witness has foundation to explain whether or not he encouraged a particular marketing message.   No hearsay statement contained in designation. | O | |
| NNI Counter | 41 | 4 | 41 | 6 | Lack of Foundation; 602; 802 | Witness has personal knowledge to testifying about what he directed representatives to do. No hearsay statement in designated testimony. | O | |
| NNI Counter | 41 | 8 | 41 | 12 | Lack of Foundation; 602; 802 | Witness has personal knowledge to testifying about what he directed representatives to do. No hearsay statement in designated testimony. | O | |
| Plaintiff Affirmative | 42 | 3 | 42 | 10 | | | | |

*U.S. ex rel. Siegel v. Novo Nordisk Inc.*
No. 3:23-cv-05459 (W.D. Wash.)
DESIGNATIONS AND OBJECTIONS FOR MICHAEL FERRARA DEPOSITION ON JUNE 18, 2024

| Designation Type | Start Page | Start Line | End Page | End Line | Objection | Objection Response | Grant/Deny | Reason |
|---|---|---|---|---|---|---|---|---|
| Plaintiff Affirmative | 42 | 23 | 43 | 10 | | | | |
| Plaintiff Affirmative | 43 | 15 | 43 | 23 | | | | |
| Plaintiff Affirmative | 44 | 1 | 44 | 23 | | | | |
| Plaintiff Affirmative | 44 | 25 | 45 | 13 | | | | |
| Plaintiff Affirmative | 46 | 11 | 46 | 15 | | | | |
| Plaintiff Affirmative | 46 | 17 | 46 | 18 | | | | |
| Plaintiff Affirmative | 47 | 10 | 48 | 1 | | | | |
| NNI Counter | 48 | 2 | 48 | 6 | Lack of Foundation; 602; 802 | Witness testified about his knowledge of NHF at 47-48:1. He and has foundation to describe the organization based on his knowledge. No hearsay statement in designated testimony. | O | |
| Plaintiff Affirmative | 48 | 13 | 53 | 15 | 49:15-50:3: F/602; 403 51:17-53:15: F/602; 403 | Document prod. by Deft showing witness' duties and responsibilities: 401, 801(d)(2) | O | |

*U.S. ex rel. Siegel v. Novo Nordisk Inc.*
No. 3:23-cv-05459 (W.D. Wash.)
DESIGNATIONS AND OBJECTIONS FOR MICHAEL FERRARA DEPOSITION ON JUNE 18, 2024

| Designation Type | Start Page | Start Line | End Page | End Line | Objection | Objection Response | Grant/Deny | Reason |
|---|---|---|---|---|---|---|---|---|
| NNI Counter | 53 | 23 | 54 | 3 | Lack of Foundation; 602; 802 | Witness describing the basis of his knowledge of the "opt-in" process. No hearsay statement in designated testimony. | O | |
| Plaintiff Affirmative | 54 | 4 | 54 | 9 | F/602; 403 | Document prod. by Deft showing witness' duties and responsibilities: 401, 801(d)(2) | O | |
| Plaintiff Affirmative | 54 | 11 | 54 | 15 | F/602; 403 | Document prod. by Deft showing witness' duties and responsibilities: 401, 801(d)(2) | O | |
| Plaintiff Affirmative | 54 | 17 | 54 | 22 | F/602; 403 | Document prod. by Deft showing witness' duties and responsibilities: 401, 801(d)(2) | O | |
| Plaintiff Affirmative | 54 | 25 | 55 | 2 | F/602; 403 | Document prod. by Deft showing witness' duties and responsibilities: 401, 801(d)(2) | O | |
| Plaintiff Affirmative | 55 | 6 | 55 | 8 | F/602; 403 | Document prod. by Deft showing witness' duties and responsibilities: 401, 801(d)(2) | O | |
| Plaintiff Affirmative | 55 | 10 | 57 | 11 | F/602; 403 | Document prod. by Deft showing witness' duties and responsibilities: 401, 801(d)(2) | O | |
| Plaintiff Affirmative | 57 | 13 | 58 | 4 | | | | |

*U.S. ex rel. Siegel v. Novo Nordisk Inc.*
No. 3:23-cv-05459 (W.D. Wash.)
DESIGNATIONS AND OBJECTIONS FOR MICHAEL FERRARA DEPOSITION ON JUNE 18, 2024

| Designation Type | Start Page | Start Line | End Page | End Line | Objection | Objection Response | Grant/Deny | Reason |
|---|---|---|---|---|---|---|---|---|
| Plaintiff Affirmative | 58 | 6 | 58 | 8 | | | | |
| Plaintiff Affirmative | 58 | 10 | 58 | 12 | | | | |
| Plaintiff Affirmative | 60 | 10 | 60 | 25 | | | | |
| Plaintiff Affirmative | 61 | 8 | 62 | 12 | 401/402; F/602; 802 | Witness' mid-yr review about job performance- relevant, within personal knowledge; 801(d)(2) | O | |
| Plaintiff Affirmative | 62 | 14 | 63 | 24 | F/602; 403 | Witness' mid-yr review about job performance- relevant, within personal knowledge; 801(d)(2) | O | |
| Plaintiff Affirmative | 64 | 1 | 64 | 10 | 64:1-6: F/602; 403 | Witness' mid-yr review about job performance- relevant, within personal knowledge; 801(d)(2) | O | |
| Plaintiff Affirmative | 64 | 12 | 68 | 20 | 65:6-15: F/602; 403 66:5-17: Argumentative 67:21-68:20: 401/402/403/408; CIA/Settlement.[1] | Relevant to false certifications, off-label promotion, kickbacks, notice, scienter; within scope of duties; 801(d)(2); questions proper/non- argumentative | O | |

---

1 Plaintiffs agree to withdraw portions of the transcript/video that involve references to an NNI Settlement per the Court's ruling.   These involve several passages of the transcript and involve designations Plaintiffs' originally made with regard to the following pages referenced in this chart:   89, 104-108, 115-116, 166-183, 301-302, 321-324. Defendant has noted within its responses that it will therefore remove certain passages that it counter designated on pages: 314.   Therefore, it appears there is agreement with respect to the settlement(s).   Notwithstanding, should the Defendant open the door with character evidence, then Plaintiffs reserve the right to use Mr. Ferrara's testimony with respect to NNI settlements. Finally, the Court has not ruled with regard to testimony on the CIAs so Plaintiffs do not agree to withdraw those references at this time.

*U.S. ex rel. Siegel v. Novo Nordisk Inc.*
No. 3:23-cv-05459 (W.D. Wash.)
DESIGNATIONS AND OBJECTIONS FOR MICHAEL FERRARA DEPOSITION ON JUNE 18, 2024

| Designation Type | Start Page | Start Line | End Page | End Line | Objection | Objection Response | Grant/Deny | Reason |
|---|---|---|---|---|---|---|---|---|
| Plaintiff Affirmative | 68 | 22 | 68 | 22 | 401/402/403/408; CIA/Settlement | Relevant to false certifications, off-label promotion, kickbacks, notice, scienter; 801(d)(2) | O | |
| Plaintiff Affirmative | 70 | 3 | 70 | 13 | 401/402/403/408; F/602; CIA/Settlement | Relevant to false certifications, off-label promotion, kickbacks, notice, scienter; 801(d)(2) | S | |
| NNI Counter | 70 | 21 | 70 | 25 | 602; 802 | Witness testifying about his personal knowledge of AKS and training related thereto. No hearsay statement in designated testimony. | O | |
| Plaintiff Affirmative | 71 | 1 | 72 | 23 | 71:1-72:2: F/602; 403; MIL; Calls F/602 or legal conclusion 72:3-23: 401/402 | Relates to 70:21-25 (see above designation); relevant to false certifications, off-label promotion, kickbacks, notice, scienter; within scope of duties; 801(d)(2) | O | |
| Plaintiff Affirmative | 72 | 25 | 73 | 16 | 401/402/403/ F/602; 802 | Witness' mid-yr review about job performance-within personal knowledge and scope of duties; 801(d)(2) | O | |
| Plaintiff Affirmative | 73 | 25 | 74 | 2 | | | | |
| Plaintiff Affirmative | 74 | 4 | 74 | 15 | | | | |
| Plaintiff Affirmative | 74 | 23 | 74 | 23 | | | | |

*U.S. ex rel. Siegel v. Novo Nordisk Inc.*
No. 3:23-cv-05459 (W.D. Wash.)
DESIGNATIONS AND OBJECTIONS FOR MICHAEL FERRARA DEPOSITION ON JUNE 18, 2024

| Designation Type | Start Page | Start Line | End Page | End Line | Objection | Objection Response | Grant/Deny | Reason |
|---|---|---|---|---|---|---|---|---|
| Plaintiff Affirmative | 74 | 25 | 75 | 19 | | | | |
| Plaintiff Affirmative | 75 | 25 | 76 | 9 | | | | |
| Plaintiff Affirmative | 76 | 11 | 76 | 15 | | | | |
| Plaintiff Affirmative | 76 | 20 | 78 | 22 | 802 | Witness' mid-yr review about job performance- within personal knowledge and scope of duties; 801(d)(2) | O | |
| NNI Counter | 78 | 23 | 78 | 25 | | | | |
| Plaintiff Affirmative | 79 | 5 | 80 | 6 | | | | |
| Plaintiff Affirmative | 80 | 8 | 80 | 21 | | | | |
| Plaintiff Affirmative | 81 | 7 | 81 | 11 | | | | |
| Plaintiff Affirmative | 81 | 13 | 81 | 19 | | | | |
| Plaintiff Affirmative | 82 | 5 | 82 | 8 | | | | |
| Plaintiff Affirmative | 82 | 10 | 82 | 18 | | | | |
| Plaintiff Affirmative | 82 | 20 | 82 | 24 | | | | |

*U.S. ex rel. Siegel v. Novo Nordisk Inc.*
No. 3:23-cv-05459 (W.D. Wash.)
DESIGNATIONS AND OBJECTIONS FOR MICHAEL FERRARA DEPOSITION ON JUNE 18, 2024

| Designation Type | Start Page | Start Line | End Page | End Line | Objection | Objection Response | Grant/Deny | Reason |
|---|---|---|---|---|---|---|---|---|
| Plaintiff Affirmative | 83 | 1 | 85 | 12 | | | | |
| Plaintiff Affirmative | 85 | 14 | 85 | 19 | 85:16-22: F/602; MIL | Within scope of duties; 801(d)(2) | O | |
| Plaintiff Affirmative | 85 | 21 | 85 | 25 | F/602; MIL | Within scope of duties; 801(d)(2) | O | |
| Plaintiff Affirmative | 86 | 2 | 86 | 8 | F/602; MIL | Within scope of duties; 801(d)(2) | O | |
| Plaintiff Affirmative | 86 | 11 | 86 | 11 | F/602; MIL | Within scope of duties; 801(d)(2) | O | |
| Plaintiff Affirmative | 86 | 14 | 88 | 2 | 401/402; 403; MIL; F/602 or 87:4-88:15 also an objection to F/602 | Relevant to false certifications, off-label promotion, kickbacks, notice, scienter; within scope of duties; 801(d)(2) | O | |
| Plaintiff Affirmative | 88 | 4 | 88 | 7 | 401/402; 403; MIL; F/602 | Relevant to false certifications, off-label promotion, kickbacks, notice, scienter; within scope of duties; 801(d)(2) | O | |
| Plaintiff Affirmative | 88 | 9 | 88 | 15 | 401/402; 403; MIL; F/602 | Relevant to false certifications, off-label promotion, kickbacks, notice, scienter; within scope of duties; 801(d)(2) | O | |
| Plaintiff Affirmative | 88 | 17 | 89 | 1 | 401/402; 403; MIL; F/602 | Relevant to false certifications, off-label promotion, kickbacks, notice, scienter; within scope of duties; 801(d)(2) | O | |

*U.S. ex rel. Siegel v. Novo Nordisk Inc.*
No. 3:23-cv-05459 (W.D. Wash.)
DESIGNATIONS AND OBJECTIONS FOR MICHAEL FERRARA DEPOSITION ON JUNE 18, 2024

| Designation Type | Start Page | Start Line | End Page | End Line | Objection | Objection Response | Grant/Deny | Reason |
|---|---|---|---|---|---|---|---|---|
| Plaintiff Affirmative | 89 | 3 | 89 | 9 | 401/402; 403; MIL; F/602; Argumentative | Relevant to false certifications, off-label promotion, kickbacks, notice, scienter; within scope of duties; 801(d)(2); question is proper/non-argumentative | O | |
| Plaintiff Affirmative | 89 | 11 | 89 | 16 | 89:11-14: 401/402; 403; MIL; F/602; Argumentative | Relevant to false certifications, off-label promotion, kickbacks, notice, scienter; within scope of duties; 801(d)(2); question is proper/non-argumentative | O | |
| Plaintiff Affirmative | 89 | 18 | 89 | 25 | 401/402; 403; 408; MIL; CA/Settlement; F/602; Argumentative | Relevant to false certifications, off-label promotion, kickbacks, notice, scienter; within scope of duties; 801(d)(2); question is proper/non-argumentative | O | |
| Plaintiff Affirmative | 90 | 8 | 92 | 22 | 91:9-11: 401/402 | | O | |
| Plaintiff Affirmative | 92 | 24 | 93 | 25 | | | | |
| NNI Counter | 94 | 1 | 94 | 5 | | | | |
| Plaintiff Affirmative | 94 | 6 | 95 | 1 | | | | |

*U.S. ex rel. Siegel v. Novo Nordisk Inc.*
No. 3:23-cv-05459 (W.D. Wash.)
DESIGNATIONS AND OBJECTIONS FOR MICHAEL FERRARA DEPOSITION ON JUNE 18, 2024

| Designation Type | Start Page | Start Line | End Page | End Line | Objection | Objection Response | Grant/Deny | Reason |
|---|---|---|---|---|---|---|---|---|
| Plaintiff Affirmative | 95 | 3 | 95 | 3 | 401/402 | Within scope of duties; Relevant to false certifications, off-label promotion, kickbacks, notice, scienter; within scope of duties;801(d)(2) | O | |
| Plaintiff Affirmative | 95 | 16 | 95 | 25 | | | | |
| NNI Counter | 96 | 3 | 96 | 5 | | | | |
| NNI Counter | 96 | 9 | 96 | 16 | 402; 602; 802 | Relevant to explaining the context of witnesses' answer at 95:16-25 and why NNI was involved with and supported the inhibitor patient population which goes to motive/intent. No hearsay statement in designated testimony. | O | |
| NNI Counter | 96 | 19 | 97 | 8 | 402; 602; 802 | Relevant to explaining the context of witnesses' answer at 95:16-25 and why NNI was involved with and supported the inhibitor patient population which goes to motive/intent. No hearsay statement in designated testimony. | O | |

*U.S. ex rel. Siegel v. Novo Nordisk Inc.*
No. 3:23-cv-05459 (W.D. Wash.)
DESIGNATIONS AND OBJECTIONS FOR MICHAEL FERRARA DEPOSITION ON JUNE 18, 2024

| Designation Type | Start Page | Start Line | End Page | End Line | Objection | Objection Response | Grant/Deny | Reason |
|---|---|---|---|---|---|---|---|---|
| NNI Counter | 97 | 10 | 97 | 15 | 402; 602; 802 | Relevant to explaining the context of witnesses' answer at 95:16-25 and why NNI was involved with and supported the inhibitor patient population which goes to motive/intent. No hearsay statement in designated testimony. | O | |
| Plaintiff Affirmative | 101 | 14 | 101 | 18 | F/602 | 801(d)(2) | O | |
| Plaintiff Affirmative | 101 | 20 | 101 | 22 | | | | |
| Plaintiff Affirmative | 101 | 24 | 102 | 12 | | | | |
| Plaintiff Affirmative | 102 | 19 | 102 | 22 | | | | |
| Plaintiff Affirmative | 102 | 24 | 103 | 6 | | | | |
| Plaintiff Affirmative | 103 | 8 | 103 | 17 | | | | |
| NNI Counter | 103 | 18 | 103 | 20 | | | | |
| NNI Counter | 103 | 22 | 103 | 23 | | | | |

*U.S. ex rel. Siegel v. Novo Nordisk Inc.*
No. 3:23-cv-05459 (W.D. Wash.)
DESIGNATIONS AND OBJECTIONS FOR MICHAEL FERRARA DEPOSITION ON JUNE 18, 2024

| Designation Type | Start Page | Start Line | End Page | End Line | Objection | Objection Response | Grant/Deny | Reason |
|---|---|---|---|---|---|---|---|---|
| Plaintiff Affirmative | 104 | 6 | 108 | 2 | 401/402/403/408; F/602; CIA/Settlement | Relevant to false certifications, off-label promotion, kickbacks, notice, scienter; within scope of duties; 801(d)(2) | S | |
| Plaintiff Affirmative | 108 | 14 | 108 | 17 | 401/402/403/MIL | Relevant to motive | O | |
| Plaintiff Affirmative | 109 | 22 | 110 | 1 | | | | |
| Plaintiff Affirmative | 110 | 3 | 110 | 5 | | | | |
| Plaintiff Affirmative | 110 | 10 | 110 | 24 | | | | |
| Plaintiff Affirmative | 111 | 1 | 111 | 25 | 111:19-25: F/602 | Within scope of duties; 801(d)(2) | O | |
| Plaintiff Affirmative | 113 | 7 | 114 | 3 | 113:17-114:3: F/602 | Witness' evaluation; within scope of duties; 801(d)(2) | O | |
| Plaintiff Affirmative | 114 | 5 | 114 | 24 | 114:5-13: F/602 | Witness' evaluation; Within scope of duties; 801(d)(2) | O | |
| Plaintiff Affirmative | 115 | 19 | 116 | 7 | 401/402/403/408; F/602; CIA/Settlement | Relevant to false certifications, off-label promotion, kickbacks, notice, scienter; witness' evaluation; within scope of duties; 801(d)(2) | S | |

*U.S. ex rel. Siegel v. Novo Nordisk Inc.*
No. 3:23-cv-05459 (W.D. Wash.)
DESIGNATIONS AND OBJECTIONS FOR MICHAEL FERRARA DEPOSITION ON JUNE 18, 2024

| Designation Type | Start Page | Start Line | End Page | End Line | Objection | Objection Response | Grant/Deny | Reason |
|---|---|---|---|---|---|---|---|---|
| Plaintiff Affirmative | 117 | 1 | 117 | 23 | 117:11-6: F/602; 401/402/403; MIL | Relevant to false certifications, off-label promotion, kickbacks, notice, scienter; witness' evaluation; within scope of duties; 801(d)(2) | O | |
| Plaintiff Affirmative | 117 | 25 | 118 | 6 | F/602; 401/402/403; MIL | Relevant to false certifications, off-label promotion, kickbacks, notice, scienter; witness' evaluation; within scope of duties; 801(d)(2) | O | |
| Plaintiff Affirmative | 118 | 8 | 118 | 15 | F/602; 401/402/403; MIL | Relevant to false certifications, off-label promotion, kickbacks, notice, scienter; witness' evaluation; within scope of duties; 801(d)(2) | O | |
| Plaintiff Affirmative | 118 | 17 | 120 | 15 | F/602; 401/402/403: MIL | Relevant to false certifications, off-label promotion, kickbacks, notice, scienter; witness' evaluation; within scope of duties; 801(d)(2) | O<br><br>Except p. 118 1.23 through p. 119, 1.1 | |
| Plaintiff Affirmative | 120 | 18 | 120 | 21 | F/602; 401/402/403; MIL | Relevant to false certifications, off-label promotion, kickbacks, notice, scienter; within scope of duties; 801(d)(2) | O | |
| Plaintiff Affirmative | 121 | 2 | 126 | 6 | 401/402/403; F/602 | Relevant to false certifications, off-label promotion, kickbacks, notice, scienter; within scope of duties; 801(d)(2) | O | |

*U.S. ex rel. Siegel v. Novo Nordisk Inc.*
No. 3:23-cv-05459 (W.D. Wash.)
DESIGNATIONS AND OBJECTIONS FOR MICHAEL FERRARA DEPOSITION ON JUNE 18, 2024

| Designation Type | Start Page | Start Line | End Page | End Line | Objection | Objection Response | Grant/Deny | Reason |
|---|---|---|---|---|---|---|---|---|
| Plaintiff Affirmative | 126 | 8 | 126 | 20 | F/602 | Within scope of duties; 801(d)(2) | S: L 16-20 O: L 8-15 | |
| Plaintiff Affirmative | 126 | 22 | 133 | 9 | 126:22-129:6: F/602; 403; Argumentative 129:7-133:9: F/602; MIL | Relevant to false certifications, off-label promotion, kickbacks, notice, scienter; within scope of duties; 801(d)(2); question is proper/non-argumentative | S: p. 126, L 24 - p. 129, L 9<br><br>O: remainder | |
| Plaintiff Affirmative | 133 | 11 | 133 | 20 | F/602 | Within scope of duties; 801(d)(2) | S | |
| Plaintiff Affirmative | 133 | 22 | 134 | 18 | F/602 134:5-134:18: F/602; 403; 701 Improper attorney commentary re protective order of confidentiality | Relevant to false certifications, off-label promotion, kickbacks, notice, scienter; within scope of duties; 801(d)(2) | S | |
| Plaintiff Affirmative | 134 | 20 | 135 | 5 | F/602; 403; 701 Improper attorney commentary re protective order of confidentiality | Relevant to false certifications, off-label promotion, kickbacks, notice, scienter; within scope of duties; 801(d)(2) | **S Strike Q @ L13** | |
| Plaintiff Affirmative | 135 | 7 | 135 | 12 | F/602; 403; 701 Improper attorney commentary re protective order of confidentiality | Relevant to false certifications, off-label promotion, kickbacks, notice, scienter; within scope of duties; 801(d)(2) | S | |
| Plaintiff Affirmative | 135 | 14 | 135 | 19 | F/602; 403; 701 Improper attorney commentary re protective order of confidentiality | Relevant to false certifications, off-label promotion, kickbacks, notice, scienter; within scope of duties; 801(d)(2) | S | |

*U.S. ex rel. Siegel v. Novo Nordisk Inc.*
No. 3:23-cv-05459 (W.D. Wash.)
DESIGNATIONS AND OBJECTIONS FOR MICHAEL FERRARA DEPOSITION ON JUNE 18, 2024

| Designation Type | Start Page | Start Line | End Page | End Line | Objection | Objection Response | Grant/Deny | Reason |
|---|---|---|---|---|---|---|---|---|
| Plaintiff Affirmative | 135 | 22 | 135 | 24 | F/602; 403; 701 Improper attorney commentary re protective order of confidentiality | Relevant to false certifications, off-label promotion, kickbacks, notice, scienter; within scope of duties; 801(d)(2) | S | |
| Plaintiff Affirmative | 136 | 1 | 136 | 8 | F/602; 403; 701 Improper attorney commentary re protective order of confidentiality | Relevant to false certifications, off-label promotion, kickbacks, notice, scienter; within scope of duties; 801(d)(2) | O | |
| Plaintiff Affirmative | 136 | 11 | 136 | 24 | F/602 | Relevant to false certifications, off-label promotion, kickbacks, notice, scienter; within scope of duties; 801(d)(2) | O | |
| NNI Counter | 136 | 25 | 137 | 5 | 402; 602; 802 | Whether or not a term or practice is common in witnesses' marketing experience is relevant to establishing intent/motive for proposed sales practices. Witness clear he is testifying about his personal experience in marketing. No hearsay statement in designated testimony. | O | |
| Plaintiff Affirmative | 137 | 8 | 137 | 23 | F/602 | Within scope of duties; 801(d)(2) | O | |

*U.S. ex rel. Siegel v. Novo Nordisk Inc.*
No. 3:23-cv-05459 (W.D. Wash.)
DESIGNATIONS AND OBJECTIONS FOR MICHAEL FERRARA DEPOSITION ON JUNE 18, 2024

| Designation Type | Start Page | Start Line | End Page | End Line | Objection | Objection Response | Grant/Deny | Reason |
|---|---|---|---|---|---|---|---|---|
| Plaintiff Affirmative | 138 | 1 | 138 | 6 | F/602; improper hypothetical | Relevant to false certifications, off-label promotion, kickbacks, notice, scienter; within scope of duties; 801(d)(2); proper hypothetical based on facts | S | |
| Plaintiff Affirmative | 138 | 8 | 139 | 5 | F/602; 802 | Within scope of duties; 801(d)(2) | O | |
| Plaintiff Affirmative | 139 | 7 | 139 | 22 | 139:7-9: F/602 | Witness' evaluation; within scope of duties; 801(d)(2) | O | |
| Plaintiff Affirmative | 139 | 24 | 140 | 7 | | | | |
| Plaintiff Affirmative | 140 | 9 | 140 | 13 | | | | |
| Plaintiff Affirmative | 140 | 15 | 140 | 15 | | | | |
| Plaintiff Affirmative | 140 | 19 | 140 | 25 | F/602; 802; Missing Answer | Witness' evaluation; within scope of duties; 801(d)(2); answer at 141:19-20 | S | |
| Plaintiff Affirmative | 141 | 9 | 141 | 20 | Missing Question; F/602; 802 | Witness' evaluation; within scope of duties; 801(d)(2); question at 140:19-25 | O | |
| Plaintiff Affirmative | 142 | 15 | 145 | 3 | | | | |

*U.S. ex rel. Siegel v. Novo Nordisk Inc.*
No. 3:23-cv-05459 (W.D. Wash.)
DESIGNATIONS AND OBJECTIONS FOR MICHAEL FERRARA DEPOSITION ON JUNE 18, 2024

| Designation Type | Start Page | Start Line | End Page | End Line | Objection | Objection Response | Grant/Deny | Reason |
|---|---|---|---|---|---|---|---|---|
| Plaintiff Affirmative | 145 | 22 | 147 | 23 | 401/402/403; F/602 146:25-9: Above objections and objection to characterization of another witness's testimony | Relevant to false certifications, off-label promotion, kickbacks, notice, scienter; within scope of duties; 801(d)(2); Reference to other witness does not characterize other witness' testimony. | O | |
| Plaintiff Affirmative | 147 | 25 | 148 | 5 | F/602 | Within scope of duties; 801(d)(2) | O | |
| Plaintiff Affirmative | 148 | 7 | 148 | 14 | F/602 | Within scope of duties; 801(d)(2) | O | |
| Plaintiff Affirmative | 148 | 16 | 148 | 21 | F/602; 403; 701; MIL; calls for legal conclusion | Relevant to false certifications, off-label promotion, kickbacks, notice, scienter; within scope of duties; 801(d)(2) | O | |
| Plaintiff Affirmative | 148 | 24 | 149 | 4 | F/602; 403; 701; MIL; calls for legal conclusion | Relevant to false certifications, off-label promotion, kickbacks, notice, scienter; within scope of duties; 801(d)(2); compliance, not legal conclusion | O | |
| Plaintiff Affirmative | 149 | 6 | 149 | 15 | F/602; 403; 701; MIL; calls for legal conclusion | Relevant to false certifications, off-label promotion, kickbacks, notice, scienter; within scope of duties; 801(d)(2); compliance, not legal conclusion | O | |

*U.S. ex rel. Siegel v. Novo Nordisk Inc.*
No. 3:23-cv-05459 (W.D. Wash.)
DESIGNATIONS AND OBJECTIONS FOR MICHAEL FERRARA DEPOSITION ON JUNE 18, 2024

| Designation Type | Start Page | Start Line | End Page | End Line | Objection | Objection Response | Grant/Deny | Reason |
|---|---|---|---|---|---|---|---|---|
| Plaintiff Affirmative | 149 | 19 | 150 | 2 | 149:19-20: F/602; 403; 701; MIL; calls for legal conclusion | Relevant to false certifications, off-label promotion, kickbacks, notice, scienter; within scope of duties; 801(d)(2); compliance, not legal conclusion | O | |
| Plaintiff Affirmative | 150 | 4 | 150 | 10 | F/602 | Within scope of duties; 801(d)(2) | O | |
| Plaintiff Affirmative | 150 | 13 | 150 | 18 | F/602; 403; 106 | Within scope of duties; 801(d)(2) | O | |
| Plaintiff Affirmative | 150 | 21 | 150 | 25 | F/602 | Within scope of duties; 801(d)(2) | O | |
| Plaintiff Affirmative | 151 | 2 | 151 | 2 | F/602 | Within scope of duties; 801(d)(2) | O | |
| Plaintiff Affirmative | 151 | 8 | 153 | 18 | MIL | Relevant to false certifications, off-label promotion, kickbacks, notice, scienter; within scope of duties; 801(d)(2) | O | |
| Plaintiff Affirmative | 153 | 20 | 157 | 19 | F/602 153:20-25: MIL 157:1-6: Object to Form/argumentative /403 (reference to "bounty") | Relevant to false certifications, off-label promotion, kickbacks, notice, scienter; within scope of duties; 801(d)(2); question is proper/non-argumentative | O | |
| Plaintiff Affirmative | 157 | 21 | 158 | 5 | F/602 | Within scope of duties; 801(d)(2) | O | |

*U.S. ex rel. Siegel v. Novo Nordisk Inc.*
No. 3:23-cv-05459 (W.D. Wash.)
DESIGNATIONS AND OBJECTIONS FOR MICHAEL FERRARA DEPOSITION ON JUNE 18, 2024

| Designation Type | Start Page | Start Line | End Page | End Line | Objection | Objection Response | Grant/Deny | Reason |
|---|---|---|---|---|---|---|---|---|
| Plaintiff Affirmative | 158 | 7 | 159 | 4 | F/602 | Within scope of duties; 801(d)(2) | O | |
| Plaintiff Affirmative | 159 | 6 | 160 | 25 | F/602 | Within scope of duties; 801(d)(2) | O | |
| Plaintiff Affirmative | 161 | 2 | 161 | 10 | F/602 | Within scope of duties; 801(d)(2) | O | |
| Plaintiff Affirmative | 161 | 12 | 162 | 13 | F/602; 403 | Within scope of duties; 801(d)(2) | O | |
| Plaintiff Affirmative | 162 | 15 | 165 | 5 | F/602; 403 | Within scope of duties; 801(d)(2) | O | |
| Plaintiff Affirmative | 165 | 7 | 165 | 20 | 403; argumentative | Relevant to false certifications, off-label promotion, kickbacks, notice, scienter; question is proper/non-argumentative | S | |
| Plaintiff Affirmative | 165 | 22 | 166 | 5 | F/602; 403; argumentative | Relevant to false certifications, off-label promotion, kickbacks, notice, scienter; within scope of duties; 801(d)(2); question is proper/non-argumentative | S | |
| Plaintiff Affirmative | 166 | 7 | 166 | 9 | | | | |
| Plaintiff Affirmative | 166 | 16 | 177 | 25 | 401/402/403/408; F/602; CIA/Settlement | Relevant to false certifications, off-label promotion, kickbacks, notice, scienter; within scope of duties; 801(d)(2) | S | |

*U.S. ex rel. Siegel v. Novo Nordisk Inc.*
No. 3:23-cv-05459 (W.D. Wash.)
DESIGNATIONS AND OBJECTIONS FOR MICHAEL FERRARA DEPOSITION ON JUNE 18, 2024

| Designation Type | Start Page | Start Line | End Page | End Line | Objection | Objection Response | Grant/Deny | Reason |
|---|---|---|---|---|---|---|---|---|
| Plaintiff Affirmative | 178 | 2 | 178 | 7 | 401/402/403/408; F/602; CIA/Settlement | Relevant to false certifications, off-label promotion, kickbacks, notice, scienter; within scope of duties; 801(d)(2) | S | |
| Plaintiff Affirmative | 178 | 9 | 183 | 3 | 178:9-181:5: 401/402/403/408; F/602; CIA/Settlement 181:6-183:3: F/602 | 178:9-181:5 Relevant to false certifications, off-label promotion, kickbacks, notice, scienter; within scope of duties; 801(d)(2) 181:6-183:3 Witness sent email; within scope of duties; 801(d)(2) | S: P. 178 L9 - p. 181, L.5  O:Remainder | |
| Plaintiff Affirmative | 183 | 5 | 183 | 10 | F/602 | Witness sent email; within scope of duties; 801(d)(2) | S | |
| Plaintiff Affirmative | 183 | 12 | 183 | 18 | F/602 | Witness sent email; within scope of duties; 801(d)(2) | S | |
| Plaintiff Affirmative | 183 | 20 | 184 | 10 | F/602 | Witness sent email; within scope of duties; 801(d)(2) | S, also strike p. 184, L12 | |
| Plaintiff Affirmative | 184 | 12 | 185 | 3 | F/602 | Witness sent email; within scope of duties; 801(d)(2) | O | |
| Plaintiff Affirmative | 185 | 5 | 185 | 8 | F/602 | Witness sent email; within scope of duties; 801(d)(2) | O | |
| Plaintiff Affirmative | 185 | 10 | 185 | 23 | 185:10-13: F/602 | Witness sent email; within scope of duties; 801(d)(2) | O | |
| Plaintiff Affirmative | 185 | 25 | 186 | 14 | | | | |
| Plaintiff Affirmative | 186 | 16 | 186 | 20 | | | | |

*U.S. ex rel. Siegel v. Novo Nordisk Inc.*
No. 3:23-cv-05459 (W.D. Wash.)
DESIGNATIONS AND OBJECTIONS FOR MICHAEL FERRARA DEPOSITION ON JUNE 18, 2024

| Designation Type | Start Page | Start Line | End Page | End Line | Objection | Objection Response | Grant/Deny | Reason |
|---|---|---|---|---|---|---|---|---|
| Plaintiff Affirmative | 186 | 22 | 187 | 16 | F/602 | Witness sent email; within scope of duties; 801(d)(2) | O | |
| Plaintiff Affirmative | 187 | 20 | 188 | 11 | F/602 | Witness sent email; within scope of duties; 801(d)(2) | O | |
| Plaintiff Affirmative | 188 | 13 | 190 | 25 | 190:25: 106/attorney commentary | 190:25 no objection | O | |
| NNI Counter | 192 | 17 | 192 | 18 | 402; 602; 802 | Witness has personal knowledge of NNI marketing efforts.  The type of information NNI had access to about particular patients (or lack thereof) is relevant to establishing whether NNI"s communications with patients caused a false claim to be submitted.  No hearsay statement in designated testimony. | O | |
| NNI Counter | 192 | 20 | 192 | 22 | 402; 602; 802 | Witness has personal knowledge of NNI marketing efforts.  The type of information NNI had access to about particular patients (or lack thereof) is relevant to establishing whether NNI"s communications with patients caused a false claim to be submitted.  No hearsay statement in designated testimony. | O | |

*U.S. ex rel. Siegel v. Novo Nordisk Inc.*
No. 3:23-cv-05459 (W.D. Wash.)
DESIGNATIONS AND OBJECTIONS FOR MICHAEL FERRARA DEPOSITION ON JUNE 18, 2024

| Designation Type | Start Page | Start Line | End Page | End Line | Objection | Objection Response | Grant/Deny | Reason |
|---|---|---|---|---|---|---|---|---|
| NNI Counter | 193 | 15 | 193 | 19 | No Objection | | | |
| Plaintiff Affirmative | 198 | 16 | 199 | 14 | F/602; 401/402/403/ 802; MIL | Relevant to false certifications, off-label promotion, kickbacks, notice, scienter; within scope of duties; 801(d)(2) | O | |
| Plaintiff Affirmative | 200 | 21 | 201 | 17 | | | | |
| Plaintiff Affirmative | 203 | 2 | 203 | 8 | F/602; 401/402/403/802; MIL | Relevant to false certifications, off-label promotion, kickbacks, notice, scienter; witness sent email; within scope of duties; 801(d)(2) | O | |
| Plaintiff Affirmative | 203 | 10 | 203 | 10 | F/602; 401/402/403/802; MIL | Relevant to false certifications, off-label promotion, kickbacks, notice, scienter; witness sent email; within scope of duties; 801(d)(2) | O | |
| Plaintiff Affirmative | 204 | 11 | 204 | 17 | F/602; 802 | Within scope of duties; 801(d)(2) | O | |
| Plaintiff Affirmative | 204 | 19 | 205 | 20 | 204:19-205:4: F/602; 802 205:5-20: 802 | Witness sent email; within scope of duties; 801(d)(2) | O | |
| Plaintiff Affirmative | 206 | 21 | 209 | 25 | 206:21-207:8: F/602; 802 209:18-25: F/602; 802 | Witness sent email; within scope of duties; 801(d)(2) | O | |

*U.S. ex rel. Siegel v. Novo Nordisk Inc.*
No. 3:23-cv-05459 (W.D. Wash.)
DESIGNATIONS AND OBJECTIONS FOR MICHAEL FERRARA DEPOSITION ON JUNE 18, 2024

| Designation Type | Start Page | Start Line | End Page | End Line | Objection | Objection Response | Grant/Deny | Reason |
|---|---|---|---|---|---|---|---|---|
| NNI Counter | 210 | 25 | 211 | 1 | 402; 602; 802 | Witness has personal knowledge of NNI marketing efforts. The type of information NNI had access to about particular patients (or lack thereof) is relevant to establishing whether NNI's communications with patients caused a false claim to be submitted. No hearsay statement in designated testimony. | O | |
| NNI Counter | 211 | 3 | 211 | 7 | 402; 602; 802 | Witness has personal knowledge of NNI marketing efforts.   The type of information NNI had access to about particular patients (or lackthereof) is relevant to establishing whether NNI's communications with patients caused a false claim to be submitted.   No hearsay statement in designated testimony. | O | |

*U.S. ex rel. Siegel v. Novo Nordisk Inc.*
No. 3:23-cv-05459 (W.D. Wash.)
DESIGNATIONS AND OBJECTIONS FOR MICHAEL FERRARA DEPOSITION ON JUNE 18, 2024

| Designation Type | Start Page | Start Line | End Page | End Line | Objection | Objection Response | Grant/Deny | Reason |
|---|---|---|---|---|---|---|---|---|
| NNI Counter | 218 | 23 | 220 | 7 | 402; 602; 802 | Why physicians prescribe bypassing agents, specifically NovoSeven relevant to whether or not there were any false claims made in this case. The witness is explaining his personal recollection of the types of information he and his direct reports would exchange with physicians. No hearsay statements included in designated testimony. | O | |
| Plaintiff Affirmative | 220 | 24 | 222 | 3 | 403/argumentative | Relevant to false certifications, off-label promotion, kickbacks, notice, scienter; within scope of duties; 801(d)(2); question is proper/non-argumentative | S | |
| Plaintiff Affirmative | 224 | 14 | 224 | 20 | F/602 | Within scope of duties; 801(d)(2) | S | |
| Plaintiff Affirmative | 230 | 8 | 232 | 15 | 401/402/403/MIL/F/602 | Relevant to false certifications, off-label promotion, kickbacks, notice, scienter; within scope of duties; 801(d)(2) | O | |
| Plaintiff Affirmative | 234 | 9 | 235 | 22 | 401/402/403/MIL/F/602 | Relevant to false certifications, off-label promotion, kickbacks, notice, scienter; within scope of duties; 801(d)(2) | O | |

*U.S. ex rel. Siegel v. Novo Nordisk Inc.*
No. 3:23-cv-05459 (W.D. Wash.)
DESIGNATIONS AND OBJECTIONS FOR MICHAEL FERRARA DEPOSITION ON JUNE 18, 2024

| Designation Type | Start Page | Start Line | End Page | End Line | Objection | Objection Response | Grant/Deny | Reason |
|---|---|---|---|---|---|---|---|---|
| Plaintiff Affirmative | 237 | 5 | 237 | 9 | 401/402/402 | Relevant to false certifications, off-label promotion, kickbacks, notice, scienter; 801(d)(2) | O | |
| NNI Counter | 237 | 10 | 237 | 19 | 802, 602 | *NNI believes the rulings on pages 224-238 are affected by the Court's ruling on Defense MIL #5.[2]  NNI will withdraw this counter designation if plaintiffs withdraw the designations on pages 237-238*<br><br>Witness has personal knowledge of the information NNI had about particular patients (or lack thereof). No hearsay in designated statements. | O | |

2  Plaintiffs do not agree that page 224 involves Consumer Councils; it involves blood borne pathogens.   Plaintiffs agree to remove Consumer Council references from any testimony that is prepared for trial, pursuant to the Court's Order, but some of the portions involve the roles of various NNI's sales personnel who were tasked with promoting NovoSeven to physicians and patients and have nothing to do with the Consumer Council. Those references should remain

**29 |** P a g e

*U.S. ex rel. Siegel v. Novo Nordisk Inc.*
No. 3:23-cv-05459 (W.D. Wash.)
DESIGNATIONS AND OBJECTIONS FOR MICHAEL FERRARA DEPOSITION ON JUNE 18, 2024

| Designation Type | Start Page | Start Line | End Page | End Line | Objection | Objection Response | Grant/Deny | Reason |
|---|---|---|---|---|---|---|---|---|
| NNI Counter | 237 | 21 | 238 | 3 | 802, 602 | *NNI believes the rulings on pages 224-238 are affected by the Court's ruling on Defense MIL #5 . NNI will withdraw this counter designation if plaintiffs withdraw the designations on pages 237-238*<br><br>Witness has personal knowledge of the information NNI had about particular patients (or lack thereof) and NNI's interactions with physicians. No hearsay in designated statements. | O | |
| NNI Counter | 238 | 5 | 238 | 9 | 802, 602 | *NNI believes the rulings on pages 224-238 are affected by the Court's ruling on Defense MIL #5 . NNI will withdraw this counter designation if plaintiffs withdraw the designations on pages 237-238*<br><br>Witness has personal knowledge of the information NNI had about particular patients (or lack thereof) and NNI's interactions with physicians. No hearsay in designated statements. | O | |

*U.S. ex rel. Siegel v. Novo Nordisk Inc.*
No. 3:23-cv-05459 (W.D. Wash.)
DESIGNATIONS AND OBJECTIONS FOR MICHAEL FERRARA DEPOSITION ON JUNE 18, 2024

| Designation Type | Start Page | Start Line | End Page | End Line | Objection | Objection Response | Grant/Deny | Reason |
|---|---|---|---|---|---|---|---|---|
| Plaintiff Affirmative | 238 | 18 | 239 | 11 | 401/402/403/MIL/F/602 | Relevant to false certifications, off-label promotion, kickbacks, notice, scienter; within scope of duties; 801(d)(2) | O | |
| Plaintiff Affirmative | 239 | 19 | 240 | 5 | | | | |
| Plaintiff Affirmative | 240 | 17 | 242 | 8 | | | | |
| Plaintiff Affirmative | 242 | 20 | 243 | 4 | F/602 | Witness' email; within scope of duties; 801(d)(2) | O | |
| Plaintiff Affirmative | 243 | 13 | 243 | 22 | | | | |
| NNI Counter | 245 | 17 | 245 | 21 | 602; 802 | Witness has personal information about NovoSeven label and FDA indication. No hearsay statement in designated testimony. | O | |
| NNI Counter | 245 | 24 | 246 | 6 | 602; 802 | Witness has personal information about NovoSeven label and FDA indication. No hearsay statement in designated testimony. | O | |
| Plaintiff Affirmative | 246 | 7 | 246 | 10 | | | | |

*U.S. ex rel. Siegel v. Novo Nordisk Inc.*
No. 3:23-cv-05459 (W.D. Wash.)
DESIGNATIONS AND OBJECTIONS FOR MICHAEL FERRARA DEPOSITION ON JUNE 18, 2024

| Designation Type | Start Page | Start Line | End Page | End Line | Objection | Objection Response | Grant/Deny | Reason |
|---|---|---|---|---|---|---|---|---|
| NNI Counter | 246 | 11 | 246 | 15 | 602; 802 | Witness has personal information about NovoSeven label. No hearsay statement in designated testimony. | O | |
| NNI Counter | 247 | 11 | 247 | 13 | 602; 802 | Witness has personal information about NovoSeven label. No hearsay statement in designated testimony. | O | |
| NNI Counter | 247 | 16 | 247 | 18 | 602; 802 | Witness has personal information about NovoSeven label. No hearsay statement in designated testimony. | O | |
| Plaintiff Affirmative | 247 | 19 | 247 | 25 | | | | |
| Plaintiff Affirmative | 262 | 15 | 263 | 3 | 401/402/403; F/602; witness asked about an attachment he was not allowed to review | Relevant to false certifications, off-label promotion, kickbacks, notice, scienter; email to witness; within scope of duties; 801(d)(2) | S | |

*U.S. ex rel. Siegel v. Novo Nordisk Inc.*
No. 3:23-cv-05459 (W.D. Wash.)
DESIGNATIONS AND OBJECTIONS FOR MICHAEL FERRARA DEPOSITION ON JUNE 18, 2024

| Designation Type | Start Page | Start Line | End Page | End Line | Objection | Objection Response | Grant/Deny | Reason |
|---|---|---|---|---|---|---|---|---|
| NNI Counter | 260 | 5 | 262 | 1 | 402; 602; 802 (Designation out of order) | *Withdrawn pursuant to MIL/pretrial rulings*<br><br>NNI agrees that consumer council meetings irrelevant if not connected to Washington patients. (See objections to surrounding testimony). Witness testifying about his personal experience at consumer counsels and NNI's marketing practices   which is relevant to motive and intent and whether false claims were submitted. No hearsay statements in designated testimony. | S | |
| NNI Counter | 262 | 3 | 262 | 8 | 402; 602; 802 (Designation out of order) | *Withdrawn pursuant to MIL/pretrial rulings*<br><br>NNI agrees that consumer council meetings irrelevant if not connected to Washington patients. Witness testifying about his personal experience at consumer counsels and NNI's marketing practices which is relevant to motive and intent and whether false claims were submitted. No hearsay statements in designated testimony. | S | |

*U.S. ex rel. Siegel v. Novo Nordisk Inc.*
No. 3:23-cv-05459 (W.D. Wash.)
DESIGNATIONS AND OBJECTIONS FOR MICHAEL FERRARA DEPOSITION ON JUNE 18, 2024

| Designation Type | Start Page | Start Line | End Page | End Line | Objection | Objection Response | Grant/Deny | Reason |
|---|---|---|---|---|---|---|---|---|
| Plaintiff Affirmative | 264 | 9 | 267 | 2 | F/602 | Witness rec'd email; within scope of duties; 801(d)(2) | O | |
| Plaintiff Affirmative | 268 | 5 | 270 | 17 | 401/402; F/602 | Relevant to false certifications, off-label promotion, kickbacks, notice, scienter; witness sent/rec'd email; within scope of duties; 801(d)(2) | O | |
| NNI Counter | 270 | 18 | 271 | 9 | 602; 802 | Witness is explaining his own personal knowledge about what information the marketing team had or did not have.   No hearsay statement in designated testimony. | O | |
| Plaintiff Affirmative | 273 | 7 | 273 | 22 | F/602; MIL | Witness sent/rec'd email; within scope of duties; 801(d)(2) *Plaintiff withdraws **273:21-22** pursuant to pretrial ruling.* **273:7-20 Remains** | S: L21-22   O: Remainder | |
| Plaintiff Affirmative | 273 | 24 | 274 | 4 | F/602; MIL | Witness sent/rec'd email; within scope of duties; 801(d)(2) | S | |
| Plaintiff Affirmative | 274 | 6 | 274 | 7 | | | | |
| Plaintiff Affirmative | 277 | 12 | 277 | 17 | | | | |
| Plaintiff Affirmative | 277 | 25 | 278 | 20 | | | | |

*U.S. ex rel. Siegel v. Novo Nordisk Inc.*
No. 3:23-cv-05459 (W.D. Wash.)
DESIGNATIONS AND OBJECTIONS FOR MICHAEL FERRARA DEPOSITION ON JUNE 18, 2024

| Designation Type | Start Page | Start Line | End Page | End Line | Objection | Objection Response | Grant/Deny | Reason |
|---|---|---|---|---|---|---|---|---|
| NNI Counter | 278 | 21 | 279 | 16 | 602; 802 | Witness was recipient of the email. Statement is offered to show effect on the listener. | O | |
| Plaintiff Affirmative | 279 | 17 | 279 | 24 | 401/402/403/MIL | Relevant to false certifications, off-label promotion, kickbacks, notice, scienter; within scope of duties; 801(d)(2) | S | |
| Plaintiff Affirmative | 281 | 19 | 282 | 4 | 401/402; F/602 | Relevant to false certifications, off-label promotion, kickbacks, notice, scienter; witness rec'd email; within scope of duties; 801(d)(2) | S | |
| NNI Counter | 283 | 19 | 284 | 6 | 802 | No hearsay statement in designated testimony. | O | |
| Plaintiff Affirmative | 286 | 12 | 286 | 23 | 401/402/403/F/602 | Relevant to false certifications, off-label promotion, kickbacks, notice, scienter; within scope of duties; 801(d)(2) | O | |
| NNI Counter | 286 | 24 | 287 | 10 | 602; 802 | Witness testifying based on his own personal experience. No hearsay statement in testimony. | O | |
| Plaintiff Affirmative | 288 | 9 | 288 | 14 | | | | |

*U.S. ex rel. Siegel v. Novo Nordisk Inc.*
No. 3:23-cv-05459 (W.D. Wash.)
DESIGNATIONS AND OBJECTIONS FOR MICHAEL FERRARA DEPOSITION ON JUNE 18, 2024

| Designation Type | Start Page | Start Line | End Page | End Line | Objection | Objection Response | Grant/Deny | Reason |
|---|---|---|---|---|---|---|---|---|
| NNI Counter | 288 | 15 | 288 | 24 | 602; 802 | Witness testifying based on his own personal experience and is clear about what he does and does not recall. No hearsay statement in testimony | O | |
| Plaintiff Affirmative | 289 | 12 | 289 | 22 | | | | |
| Plaintiff Affirmative | 290 | 2 | 290 | 10 | | | | |
| Plaintiff Affirmative | 291 | 5 | 291 | 16 | | | | |
| Plaintiff Affirmative | 291 | 22 | 292 | 8 | | | | |
| Plaintiff Affirmative | 292 | 16 | 292 | 19 | | | | |
| NNI Counter | 292 | 20 | 292 | 22 | 602; 802 | Witness testifying based on his personal knowledge. No hearsay statement in designated testimony. | S | |
| NNI Counter | 292 | 24 | 292 | 25 | 602; 802 | Witness testifying based on his personal knowledge. No hearsay statement in designated testimony. | S | |
| Plaintiff Affirmative | 294 | 20 | 295 | 15 | F/602; 403 | Relevant to false certifications, off-label promotion, kickbacks, notice, scienter; within scope of duties; 801(d)(2) | S | |

*U.S. ex rel. Siegel v. Novo Nordisk Inc.*
No. 3:23-cv-05459 (W.D. Wash.)
DESIGNATIONS AND OBJECTIONS FOR MICHAEL FERRARA DEPOSITION ON JUNE 18, 2024

| Designation Type | Start Page | Start Line | End Page | End Line | Objection | Objection Response | Grant/Deny | Reason |
|---|---|---|---|---|---|---|---|---|
| Plaintiff Affirmative | 295 | 18 | 299 | 25 | F/602 296:14-21: argumentative | Email from witness; within scope of duties; 801(d)(2); question is proper/non-argumentative | S | |
| Plaintiff Affirmative | 301 | 16 | 302 | 6 | 401/402/403/408; F/602; CIA/Settlement | Relevant to false certifications, off-label promotion, kickbacks, notice, scienter; within scope of duties; 801(d)(2) | S | |
| NNI Counter | 302 | 15 | 302 | 22 | 602; 802 | *Withdrawn pursuant to MIL/pretrial rulings*<br><br>Witness's knowledge of and interaction with specific Washington patients is relevant to notice and whether or not NNI conduct impacted decision-making. No hearsay statement in designated testimony. | S | |
| Plaintiff Affirmative | 304 | 11 | 306 | 5 | 401/402/403 Discussion about how he obtained counsel improper and irrelevant. | Within scope of duties; 801(d)(2); Deft's paying for counsel proper and relevant to show bias | S | |
| NNI Counter | 306 | 6 | 306 | 10 | 602; 802 | Witness has personal knowledge of whether or not he is being compensated for his time. No hearsay statement in designated testimony. | O | |

*U.S. ex rel. Siegel v. Novo Nordisk Inc.*
No. 3:23-cv-05459 (W.D. Wash.)
DESIGNATIONS AND OBJECTIONS FOR MICHAEL FERRARA DEPOSITION ON JUNE 18, 2024

| Designation Type | Start Page | Start Line | End Page | End Line | Objection | Objection Response | Grant/Deny | Reason |
|---|---|---|---|---|---|---|---|---|
| NNI Counter | 308 | 5 | 308 | 9 | 602; 802, 611 | Witness has personal knowledge of his interactions regarding marketing for NovoSeven. No hearsay statement in designated testimony. Not leading. | O | |
| NNI Counter | 308 | 11 | 308 | 14 | 602; 802, 611 | Witness has personal knowledge of his interactions regarding marketing for NovoSeven. No hearsay statement in designated testimony. Not leading. | O | |
| NNI Counter | 308 | 16 | 309 | 15 | 602; 802, 611 | ***309:14-15** Withdrawn pursuant to MIL/pretrial rulings*<br><br>***308:16-309:13** remains* Witness has personal knowledge of his interactions regarding marketing for NovoSeven and his familiarity with the product. No hearsay statements in designated testimony. Not leading. Form objections not lodged at time of deposition are waived. | O | |

*U.S. ex rel. Siegel v. Novo Nordisk Inc.*
No. 3:23-cv-05459 (W.D. Wash.)
DESIGNATIONS AND OBJECTIONS FOR MICHAEL FERRARA DEPOSITION ON JUNE 18, 2024

| Designation Type | Start Page | Start Line | End Page | End Line | Objection | Objection Response | Grant/Deny | Reason |
|---|---|---|---|---|---|---|---|---|
| NNI Counter | 309 | 18 | 311 | 21 | 602; 802, 611 | Witness testified he had awareness of business ethics and interactions with healthcare professionals policies (310:5-9). Offered for notice and effect on the listener. Form objections not lodged at time of deposition are waived. | O | |
| NNI Counter | 311 | 23 | 312 | 15 | 602; 802, 611 | ***311:24-312:8*** *Withdrawn pursuant to MIL/pretrial rulings*<br><br>***311:23; 312:9-15*** *remains* Witness testified he had awareness of business ethics and interactions with healthcare professionals policies (310:5-9). Offered for notice and effect on the listener. Form objections not lodged at time of deposition are waived. Remaining question not leading. | O | |

*U.S. ex rel. Siegel v. Novo Nordisk Inc.*
No. 3:23-cv-05459 (W.D. Wash.)
DESIGNATIONS AND OBJECTIONS FOR MICHAEL FERRARA DEPOSITION ON JUNE 18, 2024

| Designation Type | Start Page | Start Line | End Page | End Line | Objection | Objection Response | Grant/Deny | Reason |
|---|---|---|---|---|---|---|---|---|
| NNI Counter | 312 | 17 | 313 | 3 | 602; 802, 611 | *312:24-313:3 Withdrawn pursuant to MIL/pretrial rulings*<br><br>*312:17-312:23 remains* Witness has personal knowledge about SevenSECURE program and is testifying about that knowledge. No hearsay statement in designated testimony. Form objections not lodged at time of deposition are waived. Remaining question not leading. | O | |
| NNI Counter | 313 | 5 | 314 | 14 | 602; 802, 611 | *313:5-9 Withdrawn pursuant to MIL/pretrial rulings*<br><br>*313:10-314:14 remains* Witness testifying based on his personal knowledge as an employee and supervisor. Form objections not lodged at time of deposition are waived. Remaining question not leading. | O | |

*U.S. ex rel. Siegel v. Novo Nordisk Inc.*
No. 3:23-cv-05459 (W.D. Wash.)
DESIGNATIONS AND OBJECTIONS FOR MICHAEL FERRARA DEPOSITION ON JUNE 18, 2024

| Designation Type | Start Page | Start Line | End Page | End Line | Objection | Objection Response | Grant/Deny | Reason |
|---|---|---|---|---|---|---|---|---|
| NNI Counter | 314 | 16 | 315 | 12 | 602; 802, 611 | *NNI believes the rulings on 314:22-317:10 are affected by the Court's ruling's regarding settlements . NNI will withdraw this counter designation beginning at 314:22 if plaintiffs withdraw designations regarding settlements.*<br><br>Witness testifying based on his personal knowledge regarding signing the certification. No hearsay statement in designated testimony.   Form objections not lodged at time of deposition are waived. Remaining question not leading. | S | |

*U.S. ex rel. Siegel v. Novo Nordisk Inc.*
No. 3:23-cv-05459 (W.D. Wash.)
DESIGNATIONS AND OBJECTIONS FOR MICHAEL FERRARA DEPOSITION ON JUNE 18, 2024

| Designation Type | Start Page | Start Line | End Page | End Line | Objection | Objection Response | Grant/Deny | Reason |
|---|---|---|---|---|---|---|---|---|
| NNI Counter | 315 | 14 | 315 | 17 | 602; 802, 611 | *NNI believes the rulings on 314:22-317:10 are affected by the Court's ruling's regarding settlements . NNI will withdraw this counter designation if plaintiffs withdraw designations regarding settlements.*<br><br>Witness testifying based on his personal knowledge regarding signing the certification. No hearsay statement in designated testimony.    Not leading. | S | |
| NNI Counter | 315 | 19 | 315 | 24 | 602; 802; improper reference to complaint | *NNI believes the rulings on 314:22-317:10 are affected by the Court's ruling's regarding settlements . NNI will withdraw this counter designation if plaintiffs withdraw designations regarding settlements.*<br><br>Witness testifying based on his personal knowledge regarding signing the certification. No hearsay statement in designated testimony. Not improper to reference allegations in the lawsuit. | S | |

*U.S. ex rel. Siegel v. Novo Nordisk Inc.*
No. 3:23-cv-05459 (W.D. Wash.)
DESIGNATIONS AND OBJECTIONS FOR MICHAEL FERRARA DEPOSITION ON JUNE 18, 2024

| Designation Type | Start Page | Start Line | End Page | End Line | Objection | Objection Response | Grant/Deny | Reason |
|---|---|---|---|---|---|---|---|---|
| NNI Counter | 316 | 16 | 317 | 10 | 602; 802; improper reference to complaint | *NNI believes the rulings on 314:22-317:10 are affected by the Court's ruling's regarding settlements . NNI will withdraw this counter designation if plaintiffs withdraw designations regarding settlements.*<br><br>Witness testifying based on his personal knowledge regarding the signed certifications. Allegations are party's statement (FRE 801(d)(2). Not improper to reference the allegations in the lawsuit. | S | |
| Plaintiff Affirmative | 317 | 18 | 317 | 24 | | | | |
| NNI Counter | 319 | 10 | 320 | 4 | 602; 802 | Witness explaining a process of marketing materials review based on his own personal experience. No hearsay statements in designated testimony. | O | |
| Plaintiff Affirmative | 320 | 13 | 320 | 17 | | | | |
| Plaintiff Affirmative | 320 | 20 | 320 | 21 | | | | |

*U.S. ex rel. Siegel v. Novo Nordisk Inc.*
No. 3:23-cv-05459 (W.D. Wash.)
DESIGNATIONS AND OBJECTIONS FOR MICHAEL FERRARA DEPOSITION ON JUNE 18, 2024

| Designation Type | Start Page | Start Line | End Page | End Line | Objection | Objection Response | Grant/Deny | Reason |
|---|---|---|---|---|---|---|---|---|
| Plaintiff Affirmative | 321 | 10 | 322 | 8 | 321:18-322:3: F/602 322:4-8: 401/402/403/408; F/602; CIA/Settlement; MIL | Relevant to false certifications, off-label promotion, kickbacks, notice, scienter; within scope of duties; 801(d)(2) | S | |
| Plaintiff Affirmative | 322 | 10 | 322 | 14 | 401/402/403/408; F/602; CIA/Settlement; MIL; improper hypothetical | Relevant to false certifications, off-label promotion, kickbacks, notice, scienter; within scope of duties; 801(d)(2); proper hypothetical based on facts | S | |
| NNI Counter | 322 | 17 | 322 | 18 | 402; 602; 802 | NNI agrees this line of questioning is irrelevant. (See surrounding objections to Plaintiffs' designations); however plaintiff's designation was incomplete and did not designate the witness's answer to the question. The witness's answer explains what he would do given the hypothetical based on his personal knowledge.   No hearsay statement in designation. | S | |

*U.S. ex rel. Siegel v. Novo Nordisk Inc.*
No. 3:23-cv-05459 (W.D. Wash.)
DESIGNATIONS AND OBJECTIONS FOR MICHAEL FERRARA DEPOSITION ON JUNE 18, 2024

| Designation Type | Start Page | Start Line | End Page | End Line | Objection | Objection Response | Grant/Deny | Reason |
|---|---|---|---|---|---|---|---|---|
| Plaintiff Affirmative | 322 | 19 | 322 | 22 | 401/402/403/408; F/602; CIA/Settlement; MIL; improper hypothetical | Relevant to false certifications, off-label promotion, kickbacks, notice, scienter; within scope of duties; 801(d)(2); proper hypothetical based on facts | S | |
| Plaintiff Affirmative | 322 | 24 | 323 | 5 | 401/402/403/408; F/602; CIA/Settlement; MIL; improper hypothetical | Relevant to false certifications, off-label promotion, kickbacks, notice, scienter; within scope of duties; 801(d)(2); proper hypothetical based on facts | S | |
| Plaintiff Affirmative | 323 | 8 | 323 | 13 | 401/402/403/408; F/602; CIA/Settlement; MIL; improper hypothetical | Relevant to false certifications, off-label promotion, kickbacks, notice, scienter; within scope of duties; 801(d)(2); proper hypothetical based on facts | S | |
| Plaintiff Affirmative | 323 | 15 | 323 | 20 | 401/402/403/408; F/602; CIA/Settlement; MIL; improper hypothetical | Relevant to false certifications, off-label promotion, kickbacks, notice, scienter; within scope of duties; 801(d)(2); proper hypothetical based on facts | S | |

*U.S. ex rel. Siegel v. Novo Nordisk Inc.*
No. 3:23-cv-05459 (W.D. Wash.)
DESIGNATIONS AND OBJECTIONS FOR MICHAEL FERRARA DEPOSITION ON JUNE 18, 2024

| Designation Type | Start Page | Start Line | End Page | End Line | Objection | Objection Response | Grant/Deny | Reason |
|---|---|---|---|---|---|---|---|---|
| Plaintiff Affirmative | 323 | 23 | 324 | 3 | 401/402/403/408; F/602; CIA/Settlement; MIL; improper hypothetical | Relevant to false certifications, off-label promotion, kickbacks, notice, scienter; within scope of duties; 801(d)(2); proper hypothetical based on facts | S | |
| Plaintiff Affirmative | 324 | 6 | 324 | 12 | 401/402/403/408; F/602; CIA/Settlement; MIL; improper hypothetical | Relevant to false certifications, off-label promotion, kickbacks, notice, scienter; within scope of duties; 801(d)(2); proper hypothetical based on facts | S | |
| Plaintiff Affirmative | 324 | 14 | 324 | 19 | 401/402/403; F/602; MIL; argumentative | Relevant to false certifications, off-label promotion, kickbacks, notice, scienter; within scope of duties; 801(d)(2); question is proper/non-argumentative | O | |
| Plaintiff Affirmative | 324 | 21 | 325 | 1 | 401/402/403; F/602; MIL; argumentative | Relevant to false certifications, off-label promotion, kickbacks, notice, scienter; within scope of duties; 801(d)(2); question is proper/non-argumentative | O | |
| Plaintiff Affirmative | 325 | 3 | 325 | 3 | 401/402/403; F/602 | Relevant to false certifications, off-label promotion, kickbacks, notice, scienter; within scope of duties; 801(d)(2) | O | |