UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al*.,<br>　　　　Plaintiffs,<br>　　　　*Ex rel*.<br>JAMIE SIEGEL, M.D.,<br>　　　　Plaintiff-Relator,<br>　v.<br>NOVO NORDISK INC.,<br>　　　　Defendant. | CASE NO. C23-5459 BHS<br><br>VERDICT FORM |

　　　We, the Jury, answer the Court's questions as follows:

　　　**Question 1**: Did defendant Novo Nordisk, Inc. violate the federal False Claims Act (FCA) by promoting the off-label use of NovoSeven causing the submission of a false or fraudulent claim for reimbursement to Medicare or Washington Medicaid?

　　　**ANSWER**:

　　　Yes \_\_\_\_\_　　　　　　　　　　　　　　No \_\_\_\_\_

ORDER - 1

**Question 2**: Did defendant Novo Nordisk, Inc. violate the federal False Claims Act (FCA) by using, making, or causing to be used or made, a false record or statement causing the submission of a false or fraudulent claim for reimbursement for NovoSeven to Medicare or Washington Medicaid?

**ANSWER**:

Yes _____          No _____

**Question 3**: Did defendant Novo Nordisk, Inc.'s payments to physicians violate the federal Anti-kickback Statute (AKS), causing the submission of a false or fraudulent claim for reimbursement for NovoSeven to Medicare or Washington Medicaid?

**ANSWER**:

Yes _____          No _____

**Question 4**: Did defendant Novo Nordisk, Inc.'s payments to patients violate the federal Anti-kickback Statute (AKS), causing the submission of a false or fraudulent claim for reimbursement for NovoSeven to Medicare or Washington Medicaid?

**ANSWER**:

Yes _____          No _____

**Question 5**: Did defendant Novo Nordisk, Inc. violate the Washington False Claims Act (WFCA) by promoting the off-label use of NovoSeven causing the submission of a false or fraudulent claim for reimbursement to Washington Medicaid?

**ANSWER**:

Yes _____                                          No _____

**Question 6**: Did defendant Novo Nordisk, Inc. violate the Washington Fraudulent Practices Act (WFPA) by falsely or fraudulently paying kickbacks to physicians or patients causing a false or fraudulent claim for reimbursement to Washington Medicaid?

**ANSWER**:

Yes _____                                          No _____

*If you answered "Yes" to any of Questions 1, 2, 3, 4, 5, or 6, answer Questions 7a, 7b, 7c, 7d, and 8.*

*If you answered "No" all of Questions 1, 2, 3, 4, 5, and 6, sign and date this Verdict Form, and inform the Courtroom Deputy that you have reached a verdict.*

**Question 7a:** How many total false Medicare claims were submitted?

**ANSWER**: _____

**Question 7b:** How many total false Washington Medicaid claims were submitted?

**ANSWER**: _____

ORDER - 3

**Question 7c:** How many individual line item charges for NovoSeven are included in the false Medicare claims?

  **ANSWER**: _____

**Question 7d:** How many individual line item charges for NovoSeven are included in the false Washington Medicaid claims?

  **ANSWER**: _____

**Question 8:** What amount of damages did the government sustain as a result of defendant's violation(s)? You may not award duplicative damages. For example, you should not count damages incurred from any false claim or individual line item charges for NovoSeven more than once, even if you find that a claim or individual line item charges for NovoSeven violated more than one law.

  **ANSWER**:

  $ _____
   Damages for Medicare claims

  $_____
   Damages for Washington Medicaid claims

*Sign and date this Verdict Form, and inform the Courtroom Deputy that you have reached a verdict.*

Dated this __ day of November, 2025.

_____
Presiding Juror