UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br>Plaintiffs<br><br>Ex rel.,<br><br>JAMIE SIEGEL, M.D.<br><br>Plaintiff-Relator,<br><br>v.<br><br>NOVO NORDISK, INC.,<br><br>Defendant. | JUDGMENT ON JURY VERDICT<br><br>CASE NO. 3:23-cv-5459 BHS |

**XX**   **JURY VERDICT.** This action came to consideration before the Court for a trial by jury. The issues have been considered and a decision has been rendered.

\_\_   **DECIDED BY THE COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

The Jury found IN FAVOR of Defendant NOVO NORDISK, INC., AGAINST Plaintiffs UNITED STATES OF AMERICA and JAMIE SIEGEL, M.D. Judgment is entered in favor of Defendant against Plaintiffs.

Dated this 7th day of November 2025.

Ravi Subramanian
Clerk of Court

*Mary Trent*
Mary Trent
Deputy Clerk

1 - Judgment on Jury Verdict